IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT KUNFERMAN,

    Plaintiff,

v.

BOARD OF REGENTS OF UNIVERSITY OF
WISCONSIN SYSTEM; UW-EAU CLAIRE;
UW-MADISON; X-Chancellor JOHN WILEY;
Chancellor CAROLINE MARTIN; ERVIN H.
COX (A.K.A. ERWIN COX or KIPP COX);
KEVIN J. HELMKAMP; NANCY K. LYNCH;
ROBERT O. RAY; SUZANNE JONES;
REBECCA DUFFY; LORI BERQUAM;
DANIELLE WARTHEN; CHERYL RADZINSKI;
MOLLY JAHN; JOANNE E. BERG;
BRENT GRUBER; CRISTI VAUGHN;
JODI THEISING RITTER; TERESA E.
O'HALLORAN; DAVID BACKSTROM; DAVID
SPRICK; UWEC X-Dean ROBERT SHAW;
Police Officer DANIEL SWANSON;
KARLA A. WEBER; ERNESTO R. MONGE;
DAN BARNISH; MARTIN NYSTRAND;
TERI PARKS; Vice Chancellor Chief SUSAN
RISELING; DEBRA LAUDER; CYNTHIA B.
HASZ; CHRISTINE STEPHENSON; TALLY
MOSES; SUSAN FISCHER; RICHARD
DELUGE, STEPHEN APPELL KENNETH G.
KERL and KEVIN REILLY,

    Defendants.

JUDGMENT IN A CIVIL CASE

09-cv-662-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants;

(1) granting the motion to dismiss Board of Regents of University of Wisconsin System; UW-Eau Claire, UW-Madison, X-Chancellor John Wiley, Chancellor Caroline Martin, Ervin H. Cox (A.K.A. Erwin Cox, Dewey Cox, or Kipp Cox), Kenneth Kerl, Kevin J. Helmkamp, Nancy K. Lynch, Robert O. Ray, Suzanne Jones, Rebecca Duffy, Lori Berquam, Danielle Warthen, Cheryl Radzinski, Molly Jahn, Brent Gruber, Cristi Vaughn, Jodi Thiesing Ritter, Teresa E. O'Halloran, Police Officer Daniel Swanson, Dan Barnish, Martin Nystrand, Assistant UW-Madison Police Chief Teri Parks, Vice Chancellor and Chief Susan Riseling, Christine Stephenson, Tally Moses, Richard Deluge, Stephen Appell, and UW-Board of Regents President Kevin Reilly for failure to comply with Fed. R. Civ. P. 8 and for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6); and

(2) granting the motions for judgment on the pleadings and for summary judgment, dismissing this case as to defendants Susan Fischer, Debra Lauder, Cynthia B. Hasz, Joanne E. Berg, Karla A. Weber and Ernesto R. Monge.

_____    10/14/11
Peter Oppeneer, Clerk of Court              Date